**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE SELTER AND KELLY JEANNE JAMES,<br><br>          Plaintiffs,<br><br>     v.<br><br>GREAT AMERICAN E&S INSURANCE COMPANY,<br><br>          Defendant. | Case No. 2:21-CV-01114-MCE-DB<br><br>**ORDER EXTENDING TIME FOR FILING THE OPPOSITION AND REPLY WITH RESPECT TO GREAT AMERICAN E&S INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

# **ORDER**

Pursuant to the parties' Joint Stipulation to Extend Time to File the Opposition and Reply with respect to Great American E&S Insurance Company's Motion for Summary Judgment, it is hereby ordered that Plaintiffs Bruce Selter and Kelly Jeanne James' time to file an opposition to Great American E&S Insurance Company's ("Great American") Motion for Summary Judgment is extended until December 23, 2022. It is further ordered that Great American has until January 6, 2023 to file any reply brief.

**IT IS SO ORDERED.**

Dated: December 1, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE