UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRUCE SELTER and KELLY JEANNE JAMES,<br><br>  Plaintiffs,<br><br>  v.<br><br>GREAT AMERICAN E & S COMPANY,<br><br>  Defendant. | No. 2:21-cv-01114-MCE-DB<br><br>**ORDER** |
|---|---|

Pursuant to the parties' stipulation, ECF No. 38, this action is hereby DISMISSED in its entirety with prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: June 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE